JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANEY BROWN, BING GUO, JUNXIAN ZHANG<br><br>Plaintiffs,<br><br>v.<br><br>DURINGER LAW GROUP, PLC, STEPHEN C. DURINGER, PETER WONG, JUDY WONG AND DOES 1-10,<br><br>Defendants. | Case No.:  2:20-cv-10971-DOC (agrx)<br>Honorable David O. Carter<br><br>**JUDGMENT AFTER VERDICT** |

Following jury trial in this matter, and the jury having returned a unanimous verdict in favor Defendants DURINGER LAW GROUP PLC and STEPHEN C. DURINGER and against Plaintiffs JANEY BROWN, BING GUO and JUNXIAN ZHANG awarding nothing to Plaintiffs by way of their Complaint, the court now enters judgment as herein provided.

**WHEREAS**, Plaintiffs JANEY BROWN, BING GUO, and JUNXIAN ZHANG ("Plaintiffs") brought two causes of action against Defendants DURINGER LAW GROUP, PLC, STEPHEN C. DURINGER, PETER WONG and JUDY WONG ("Defendants") for alleged violations of the FDCPA and the California Rosenthal Act.

**WHEREAS,** Plaintiffs' cause of action for alleged violations of the Rosenthal Act was brought against all Defendants and Plaintiffs' cause of action for alleged violations of the FDCPA was brought only as to Defendants DURINGER LAW GROUP, PLC, and STEPHEN C. DURINGER.

**WHEREAS,** the Court granted Defendants' Anti-SLAPP Motion on the Rosenthal Act claim, dismissing that claim and awarding attorney fees to Defendants against Plaintiffs of $5,963.60 as of November 10, 2021.

**WHEREAS**, jury trial on Plaintiffs' FDCPA claims against DURINGER LAW GROUP PLC and STEPHEN C. DURINGER commenced on May 14, 2024.

**WHEREAS**, on May 16, 2024, the jury returned a unanimous verdict in favor of Defendants DURINGER LAW GROUP PLC and STEPHEN C. DURINGER awarding no monetary or other relief of any kind to Plaintiffs.

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment in the above-entitled matter is entered in favor of Defendants DURINGER LAW GROUP PLC and STEPHEN C. DURINGER and against Plaintiffs JANEY BROWN, BING GUO, and JUNXIAN ZHANG.

2. Plaintiffs JANEY BROWN, BING GUO, and JUNXIAN ZHANG shall take nothing by way of their Complaint.

3. Plaintiffs JANEY BROWN'S, BING GUO'S, and JUNXIAN ZHANG'S California Rosenthal Act claims are dismissed with prejudice pursuant to the court's prior order on Defendants' Anti-SLAPP Motion and Defendants DURINGER LAW GROUP, PLC, STEPHEN C. DURINGER, PETER WONG and JUDY WONG are entitled to

1  attorney fees on the motion against Plaintiffs JANEY BROWN, BING GUO, and
2  JUNXIAN ZHANG in the amount of $5,963.60 as of November 10, 2021.
3       4.   Defendants DURINGER LAW GROUP, PLC, STEPHEN C. DURINGER,
4  PETER WONG and JUDY WONG are entitled to their costs of suit from Plaintiffs
5  JANEY BROWN, BING GUO, and JUNXIAN ZHANG pursuant to a bill of costs to be
6  filed by Defendants.

Dated: May 28, 2024

*/s/ David O. Carter*

Hon. David O. Carter
United States District Court Judge